**wo**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America ex rel., Brad Graber,<br><br>            Plaintiff-Relator,<br><br>vs.<br><br>VHS Outpatient Clinics, Inc., et al., ,<br><br>            Defendants. | No. CV-11-2485-PHX-SMM<br><br><br><br>**ORDER DISMISSING CASE** |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice as to the Relator and Without Prejudice as to the United States. (Docs. 49, 50.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims as to Relator and **WITHOUT PREJUDICE** as to any and all claims as to the United States. Except as expressly provided in any settlement agreement, each party shall bear his or its own respective costs, expenses and attorney's fees.

DATED this 30th day of January, 2013.

_____
Stephen M. McNamee
Senior United States District Judge